IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. 7:23-CR-_____ |
| v. | : |
| | : VIOLATION: |
| ADAM HESTERS, | : 18 U.S.C. §§ 2252A(a)(5)(B) & (b)(2) |
| Defendant | : 18 U.S.C. § 2253 |
| | : |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
(Possession of Child Pornography)

That beginning on or about June 13, 2022, and continuing until on or about August 24, 2022, in the Valdosta Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the Defendant,

**ADAM HESTERS,**

did knowingly possess cellular telephones identified in the chart below,

| Device | MEID/IMEI Number |
|---|---|
| Samsung Galaxy A12SM-S127DL | 350214925546700 |
| ZTE CDMA N9560 Max XL | 2566918201032993 85 |
| LG GSM LM-Q720PS Stylo 5 | 089486593601348114 |
| LG GSM LM-Q720PS Stylo 5 | 089486593608409715 |

1

containing one or more images and visual depictions of child pornography, as defined in Title 18, United States Code, § 2256(8), that involved a minor, including a prepubescent minor or a minor who had not attained 12 years of age, which had been mailed, and shipped, and transported using any means or facility of interstate or foreign commerce and in or affecting interstate or foreign commerce by any means, including by cellular telephone; all in violation of Title 18, United States Code, §§ 2252A(a)(5)(B) and 2252A(b)(2).

## FORFEITURE NOTICE
### (18 U.S.C. § 2253 - Criminal Forfeiture)

1. The allegation contained in Count One of this Indictment is hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeiture to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 2253.

2. Upon conviction of the offense(s) in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2) set forth in Count One of this Indictment, the defendant, **ADAM HESTERS**, shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 2253:

   (a) Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

   (b) Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense(s); and

(c) Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense(s).

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon exercise of due diligence;

(b) has been transferred, sold to or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL.

*/s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

Presented by:

PETER D. LEARY
UNITED STATES ATTORNEY

MONICA L. DANIELS
Assistant United States Attorney

Filed in open court this 14 day of March, 2023.

Deputy Clerk