IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:23-CR-00031 (WLS-TQL-1) |
| | : |
| ADAM HESTERS, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

Before the Court is Defendant's Motion to Continue Trial filed by Defendant Hesters on May 10, 2023. (Doc. 21). Therein, Defendant requests the Court to continue the May 16, 2023, pretrial conference and the trial of the case during June 5, 2023, trial term. (*Id.*) Defense Counsel explains that discovery from the Government was received on April 18, 2023, but he needs additional time to review the discovery with Defendant Hesters, investigate, research, and discuss the Government's case in chief with Defendant. (*Id.*) Defense Counsel also notes that there will be no prejudice to the Government if the Court grants the Motion. (*Id.*)

Based on the stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of Defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, Defendant's Motion to Continue Trial (Doc. 21) is **GRANTED.** Accordingly, it is **ORDERED** that the May 16, 2023, pretrial conference specifically set for is **CANCELED**. The Court further **ORDERS** that the trial in the above-referend matter be **CONTINUED** to the **Valdosta Division November 2023 trial term** beginning on November 6, 2023, and its conclusion, or as may otherwise be

ordered by the Court.

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of injustice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this __12th__ day of May 2023.

                               /s/ W. Louis Sands
                               **W. LOUIS SANDS, SR. JUDGE**
                               **UNITED STATES DISTRICT COURT**