IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:23-CR-31 (WLS-TQL-1) |
| | : |
| ADAM HESTERS, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

A hearing on the issue of restitution for Defendant Hesters took place on Tuesday, April 24, 2024, at 2 PM. The Government, Defendant Hesters, Defense Counsel, and Probation attended the hearing. At the outset of the hearing, however, Defense Counsel informed the Court that he had not received all information regarding the victims in this case and their requested amounts. Accordingly, the Court gave Counsel the time to discuss what they believe would be the best course of action.

Once the Court was back in session, Defense Counsel stated that a continuance on the hearing was necessary so that he could review the victims' information. The Government consented to the continuance, and the Court also found that continuance was necessary. Therefore, the hearing on Defendant's restitution shall take place on **Tuesday, May 21, 2024,**[1] at **2 PM** in the **Albany Courthouse**.

**SO ORDERED**, this 25th day of April 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Tuesday, May 21, 2024, is within the ninety (90) days since Defendant Hesters' sentencing, which occurred on February 29, 2024. 18 U.S.C. § 3664(d)(5) (" . . . the court shall set a date for the final determination of the victim's losses, not to exceed 90 days after sentencing.")

1